| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>William CX. Beall, Bar No. 97100<br>Beall & Burkhardt, APC<br>1114 State Street, Suite 200<br>Santa Barbara, CA 93101<br>Phone (805) 966-6774; Fax (805) 963-5988<br>Will@BeallandBurkhardt.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Grimm Investments, LLC | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>New Holland, LLC<br><br><br><br>Debtor(s) | CASE NO.: No. 2:21-bk-16454-BR<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>Amended/Corrected Motion for Order<br>Vacating its Order Granting Grimm Investments<br>LLC's ("Grimm") Motion for Relief From Stay etc |
|---|---|

PLEASE TAKE NOTE that the order titled <u>ORDER DENYING MOTION TO VACATE AND RECONDIDER PRIOR ORDER</u>

was lodged on (*date*) __02/15/2022__ and is attached. This order relates to the motion which is docket number 90 .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                  Page 1                        F 9021-1.2.BK.NOTICE.LODGMENT

BEALL & BURKHARDT, APC
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
1114 STATE STREET
LA ARCADA BUILDING, SUITE 200
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774, FAX (805) 963-5988

Attorneys for Grimm Investments, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>New Holland, LLC,<br><br>　　　　　　　　Debtor. | Bankruptcy No. 2:21-bk-16454-BR<br>Chapter 11<br><br>**ORDER DENYING MOTION TO VACATE AND RECONDIDER PRIOR ORDER**<br><br>Date:　February 15, 2022<br>Time:　10:00 a.m.<br>Place:　255 E. Temple Street,<br>　　　　Courtroom 1668<br>　　　　Los Angeles, CA 90012<br>　　　　Via zoom.gov |

　　　The Court heard the Amended/Corrected Motion (Docket 90) of New Holland, LLC requesting the Court to Reconsider its Order (Docket 69) Terminating the Automatic Stay (Docket 69) and for other Relief. The Hearing was held via zoom.gov on February 15, 2022 at 10:00 a.m. in the United States Bankruptcy Court, 255 E. Temple Street, Courtroom 1668, Los Angeles, CA 90012. Maureen Shanahan of Totaro & Shanahan appeared for Debtor New Holland, LLC, William C. Beall of Beall & Burkhardt, APC appeared on behalf of Grimm Investments, LLC, and Ron Maroko appeared for the Office of the United States Trustee.

1

1 | Having considered the files and records of this case, as well as the arguments of counsel, and
2 | for the reasons set forth on the records, which constitute the findings of fact and conclusions of law of
3 | the Court,
4 | IT IS HEREBY ORDERED that the Motion (Docket 90) is denied.
5
6
7
8 | # # #
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1114 State Street, Suite 200, Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled (*specify*):
Notice of Lodgment

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/15/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
   - **William C Beall**    will@beallandburkhardt.com, carissa@beallandburkhardt.com
   - **Ron Maroko**    ron.maroko@usdoj.gov
   - **Michael R Totaro**    Ocbkatty@aol.com
   - **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On 2/15/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.
**Michael Jay Berger**
9454 Wilshire Blvd
6th Floor
Beverly Hills, CA 90212-2929

**Maureen J Shanahan**
Totaro & Shanahan
POB 789
Pacific Palisades, CA 90272

**Michael R Totaro**
POB 789
Pacific Palisades, CA 90272

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/15/2022 | William C. Beall | /s/ William C. Beall |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                        **F 9013-3.1.PROOF.SERVICE**