PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
RON MAROKO, State Bar No. 124770
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017
(213) 894-4520 telephone; (213) 894-2603 facsimile
Email: ron.maroko@usdoj.gov

**FILED & ENTERED**

**MAR 02 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - Los Angeles Division

| | |
|---|---|
| In re:<br><br>NEW HOLLAND, LLC,<br><br>                      Debtor. | Case No.: 2:21-bk-16454-BR<br>Chapter 11<br><br>ORDER DISMISSING CASE; REFILING BAR FOR 180 DAYS<br><br>Hearing Date: February 15, 2022<br>Time:         10:00 AM<br>Place:        Courtroom 1668 via zoomgov. |

The Court heard the United States Trustee's filed a Motion under 11 U.S.C. § 1112(b) to Convert, Dismiss, or Appoint a Chapter 11 Trustee this case (docket #79) at the above date and time. Ron Maroko appeared on behalf of the United States Trustee. Maureen Shanahan appeared on behalf of debtor New Holland, LLC. Other appearances were as noted on the record.

Based upon the record, for reasons stated on the record, and GOOD CAUSE appearing,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** pursuant to section 1112(b).

**IT IS FURTHER ORDERED** that Debtor may not file a case under title 11 for a period of 180 days after the entry of this order.

**IT IS SO ORDERED.**

\# # #
Date: March 2, 2022

_____
Barry Russell
United States Bankruptcy Judge